Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

US DISTRICT COURT NEVADA
DISTRICT OF NEVADA

KIM BLANDINO

Plaintiff,

-vs

Las Vegas Metropolitan Police Department ;
ET AL.

Defendants

Case No. 2:24-CV-01727-CDS-BNW

_____/

SUPER URGENT MOTION TO STAY ANY ACTION ON THIS CASE PENDING A DETERMINATION IN CASE 2:22-00562-GMN-BNW WHERE KIM HAS FILED FOR LEAVE TO FILE AN AMENDED COMPLAINT IN THAT CASE AND TO TAKE JUDICIAL NOTICE   Comes now, Plaintiff, Kim Blandino ("Kim") to file this SUPER URGENT MOTION TO STAY ANY ACTION ON THIS CASE PENDING A DETERMINATION IN CASE

1

2:22-00562-GMN-BNW WHERE KIM HAS FILED FOR LEAVE TO FILE AN AMENDED COMPLAINT IN THAT CASE AND TO TAKE JUDICIAL NOTICE

## REASONS FOR SUPER URGENCY

Kim in a super abundance of caution, because the statute of limitations on Kim's new claims in CASE 2:22-00562-GMN-BNW Blandino v. LVMPD was expiring on Sept 16, 2024 Kim had to file simultaneously a new complaint starting the instant case and a *SUPER URGENT MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT UNDER THIS CASE NUMBER.* ECF 106 (most likely). Kim requests that this court take judicial notice of this other case and the filings therein:

> "The Court may take judicial notice of its own records, records of inferior Courts, and records on file with the Court. (*U.S. v. Wilson*, 631 F.2d 118 (9th Cir. 1980); *Schweitzer v. Scott*, 469 F. Supp. 1017 (C.D. Cal. 1979).]" *Knutson v. Allis-Chalmers Corp.*, 358 F. Supp. 2d 983, 988 (D. Nev. 2005)

Kim could not in his research find any case where if a motion for leave to file an amended complaint was denied in one case that for purposes of the statute of limitations that the subsequently filed new case would relate back

2

for purposes of being within the statute of limitations.

Therefore, Kim Had to follow "parallel legal paths". For perfect clarity if Kim's motion for leave to amend is denied in case CASE 2:22-00562-GMN-BNW and then Kim was to file this new complaint in this case after the September 16, 2024 date Kim could very well be denied because of the statute of limitations.

The only prudent avenue therefore was to file this new case then if the motion for leave was denied, Kim has <u>preserved</u> his ability to proceed forward with this case. If the motion for leave to file the amended complaint is denied then Kim is within the statute of limitations and this complaint can go forward. Yet Kim duty and obligation is to seek a stay of any action in this case which is like unto an "insurance policy"

Kim intended to be able to file this Super Urgent motion yesterday the 16th. Except that Kim was not able to do so. Kim wants to spare scarce judicial resources and therefore Kim requests the stay for the above reasons and at the earliest possible time..

## FACTS AND ARGUMENT

That Kim will voluntarily dismiss this complaint in that case as soon as the court allows the filing of the Second amended complaint. Kim has no choice but to follow parallel legal action. See *California ex rel. Rono, LLC v. Altus*

*Finance S.A.*, 344 F.3d 920 (9th Cir. 2003).

Kim therefore begs this court to grant an immediate stay of this case pending a decision on the motion leave to Kim to amend the complaint which should in all respects be granted.

Since Kim will not seek waiver of service of process yet and no parties have service of the complaint there can be no prejudice to other parties. Kim has taken a reasonable course of action here and in the other case in order to preserve rights.

## CONCLUSION

For the reasons above this court should order a stay in this case. Kim pledges that if the motion for leave to amend the complaint in the other case Kim will file as soon as possible file a motion to voluntarily dismiss the complaint with prejudice in this case.

Respectfully Submitted this 16th day of September 2024.

_____
Kim Biandino #363075
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim45792@earthlink.net

## ASSEVERATION IN SUPPORT

I Kim Blandino state under penalty of perjury that I am almost 69 years of age (outside the womb) and have read the foregoing motion and the same is true and correct except as to those matters of belief and belief and as to those matters Kim believes them to be true. And that:

1. Kim asks that this court excuse any spelling and grammar errors as Kim has so much work ahead of him that full and complete review was not possible

2. That Kim with all of the work that Kim has to do has done his very best to do an adequate job to receive the relief Kim asks.

3. That this filing is not made to vex, harass, delay nor for any improper purpose.

DATED this 17th day of September, 2024

*[signature]*
Kim Blandino #363075